<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 95-7961**

───────────────

GEORGE JOYNER,

                                  Plaintiff - Appellant,

       and

SHIRLEY JOYNER,

                                  Plaintiff,

       versus

RON ANGELONE; L. W. HUFFMAN; DANIEL MAHON;
THOMAS NEUMAYER; DIANE ELKO, Nurse; GWEN
JEFFERSON; E. C. MORRIS; G. P. DODSON; LISA
RANDALL; DAVID SMITH; MS. WILKERSON; JOHN
DOE(S),

                          Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-95-943-R)

───────────────

Submitted: March 21, 1996         Decided: April 12, 1996

───────────────

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

George Joyner, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals a district court order dismissing several but not all of Appellant's claims. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>